CIVIL, CLOSED

## U.S. District Court
### Eastern District of California - Live System (Sacramento)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02807-MCE-KJM
### Internal Use Only

Mathews et al v. Merck & Company, Inc. et al
Assigned to: Judge Morrison C. England, Jr
Referred to: Magistrate Judge Kimberly J. Mueller
Cause: 28:1441 Petition for Removal- Personal Injury

Date Filed: 12/08/2006
Date Terminated: 06/28/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Lisa Mathews**     represented by **Andrea J. McNeil**
Hackard and Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: amcneil@hackardlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alissa S. Holt**
Hackard & Holt
11335 Gold Express Drive
Suite 155
Gold River, CA 95670
916-853-3000
Fax: 916-853-3010
Email: aholt@hackardlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Harold Leaks**     represented by **Andrea J. McNeil**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alissa S. Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

FILED

JUL 0 5 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

V.

**Defendant**

**Merck & Company, Inc.**　　　　　　　　represented by **Kevin Michael Hara**
　　　　　　　　　　　　　　　　　　　　　　　　　Reed Smith LLP (Oakland)
　　　　　　　　　　　　　　　　　　　　　　　　　1999 Harrison Street
　　　　　　　　　　　　　　　　　　　　　　　　　Suite 2400
　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 2084
　　　　　　　　　　　　　　　　　　　　　　　　　Oakland, CA 94612-2084
　　　　　　　　　　　　　　　　　　　　　　　　　(510) 466-6761
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (510) 273-8832
　　　　　　　　　　　　　　　　　　　　　　　　　Email: khara@reedsmith.com
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**McKesson Corporation**　　　　　　　　represented by **Kanika D. Corley**
　　　　　　　　　　　　　　　　　　　　　　　　　Morris Polich and Purdy
　　　　　　　　　　　　　　　　　　　　　　　　　1055 West Seventh Street
　　　　　　　　　　　　　　　　　　　　　　　　　24th Floor
　　　　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　　　　　　(213) 891-9100
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (213) 488-1178
　　　　　　　　　　　　　　　　　　　　　　　　　Email: kcorley@mpplaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Amerisourcebergen Corporation**　　　represented by **Kanika D. Corley**
　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**

**Pfizer Inc.**

**Defendant**

**Pharmacia Corporation**

**Defendant**

**G. D. Searle LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/08/2006 | 1 | NOTICE of REMOVAL *Of Action Under 28 U.S.C. Section 1441(B)* from Los Angeles County Superior Court, case number BC359104. by Merck & Company, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Civil Cover Sheet # 10 Attachment to Civil Cover Sheet) (Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | 2 | NOTICE by Merck & Company, Inc. re 1 Notice of Removal - ATY,. |

| | | |
|---|---|---|
| | | *Defendants Pfizer Inc., Pharmacia Corporation, And G. D. Searle LLC's Consent To Removal Of Action Under 28 U.S.C. Section 1441(B)* (Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | | (Court only) SUBMISSION of CREDIT CARD INFORMATION for Removal from State Court Filing Fee in the amount of $350.00; Type of Credit Card: MasterCard Name as it appears on Credit Card: Louis W. Tullius Reed Smith Gov Filings Contact Telephone Number: (412) 288-3131 Street: 435 Sixth Avenue Zip code: 15219 Credit Card Number: xxxx-xxxx-xxxx-xxxx Expiration Date: xx/xx Security Code: xxx (Hara, Kevin) (Entered: 12/08/2006) |
| 12/08/2006 | 3 | NOTICE of RELATED CASE 2:05-cv-02140, 2:05-cv-02199, 2:05-cv-02203, 2:05-cv-02193, 2:05-cv-02240, 2:05-cv-02218, 2:05-cv-02267, 2:05-cv-02436, 2:05-cv-02437, 2:05-cv-02446, 2:05-cv-02464, 2:05-cv-02465, 2:05-cv-02567, 2:05-cv-02568, 2:05-cv-02584, 2:06-cv-00062, 2:05-cv-2609, 2:06-cv-00082, 2:06-cv-2399, 2:06-cv-00241 by Merck & Company, Inc.. *including 2:06-cv-00281; 2:06-cv-00324; 2:06-cv-00330; 2:06-cv-00477; 2:06-cv-0487; 2:06-cv-0583; 2:06-cv-0593; 2:06-cv-0617; 2:06-cv-00653; 2:06-cv-0675; 2:06-cv-0692; 2:06-cv-0690; 2:06-cv-00694; 2:06-cv-0718; 2:06-cv-0728; 2:06-cv-0774; 2:06-cv-01294; 2:06-cv-1313; 2:06-cv-00993; 2:06-cv-01597; 1:06-cv-01006; 2:06-cv-01826; 2:06-cv-1845; 2:06-cv-1941; 2:06-cv-1954; 2:06-cv-1957; 2:06-cv-1973; 2:06-cv-1977; 2:06-cv-1978; 2:06-cv-2079; 2:06-cv-2093; 2:06-cv-2102; 2:06-cv-2103; 2:06-cv-02215; 2:06-cv-2281; 2:06-cv-2284; 2:06-cv-2285; 2:06-cv-2275; 2:06-cv-2283; 2:06-cv-2332; 2:06-cv-2350; 2:06-cv-2362; 2:06-cv-2352; 2:06-cv-2354; 2:06-cv-2348; 2:06-cv-2351; 2:06-cv-2349; 2:06-cv-2346; 2:06-cv-02436; 2:06-cv-02434; 2:06-cv-02431; 2:06-cv-02422; 2:06-cv-02344; 2:06-cv-02473; 2:06-cv-02474; 2:06-cv-02477; 2:06-cv-02471; 2:06-cv-02472; 2:06-cv-02479; 2:06-cv-02480; 2:06-cv-02489, 2:06-cv-02490, 2:06-cv-02473, 2:06-cv-02474, 2:06-cv-02477, 2:06-cv-02471, 2:06-cv-02472, 2:06-cv-02479, 2:06-cv-02512, 2:06-cv-02520, 2:06-cv-02516, 2:06-cv-02518, 2:06-cv-02525, 2:06-cv-02523, 2:06-cv-02546, 2:06-cv-02547, 2:06-cv-02548, 2:06-cv-02559, 2:06-cv-02560, 2:06-cv-02563, 2:06-cv-02568; 2:06-cv-02574; 2:06-cv-02575; 2:06-cv-02598; 2:06-cv-02599; 2:06-cv-02600; 2:06-cv-02601; 2:06-cv-02717; 2:06-cv-02768 and 2:06-cv-02776* (Hara, Kevin) (Entered: 12/08/2006) |
| 12/11/2006 | 4 | (Court only) PROCESS CREDIT CARD (Reader, L) (Entered: 12/11/2006) |
| 12/11/2006 | | RECEIPT number 12580 for $350.00 for New Case Filing Fee from Louis W. Tullius Reed Smith. (Manzer, C) (Entered: 12/11/2006) |
| 12/11/2006 | 5 | SUMMONS ISSUED as to *Merck & Company, Inc., McKesson Corporation, Amerisourcebergen Corporation, Pfizer Inc., Pharmacia |

| | | |
|---|---|---|
| | | Corporation, G. D. Searle LLC* with answer to complaint due within *20* days. Attorney *Theodore J. Holt, Esq* *Hackard & Holt* *11335 Gold Express Drive Suite 105* *Gold River, Ca 95670*. (Manzer, C) (Entered: 12/11/2006) |
| 12/11/2006 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Manzer, C) (Entered: 12/11/2006) |
| 12/12/2006 | 7 | CERTIFICATE of SERVICE by Merck & Company, Inc. re 1 Notice of Removal. (Hara, Kevin) Modified on 12/13/2006 (Krueger, M). (Entered: 12/12/2006) |
| 12/12/2006 | 8 | ANSWER to COMPLAINT with Jury Demand by McKesson Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 12/12/2006) |
| 12/12/2006 | 9 | CERTIFICATION and NOTICE of Interested Parties by McKesson Corporation. (Corley, Kanika) Modified on 12/13/2006 (Krueger, M). (Entered: 12/12/2006) |
| 12/22/2006 | 10 | NOTICE of RELATED CASE 2:06-cv-02780, 2:06-cv-02787, 2:06-cv-02807, 2:06-cv-02812, 2:06-cv-02814, 2:06-cv-02817, 2:06-cv-02826, 2:06-cv-02829, 2:06-cv-02830, 2:06-cv-02833, 2:06-cv-02851, 2:06-cv-02853, 2:06-cv-02875 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 12/22/2006) |
| 01/08/2007 | 11 | MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Lisa Mathews, Harold Leaks. Attorney McNeil, Andrea J. added. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 12 | MEMORANDUM/RESPONSE in SUPPORT re 11 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 13 | DECLARATION of Andrea J. McNeil in SUPPORT OF re 11 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247*. (Attachments: # 1 Exhibit A-E)(McNeil, Andrea) (Entered: 01/08/2007) |
| 01/08/2007 | 14 | PROPOSED ORDER re 13, 12 Memorandum/Response in Support of Motion, 11 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247* by Lisa Mathews, Harold Leaks. (McNeil, Andrea) (Entered: 01/08/2007) |
| 01/12/2007 | 15 | MOTION to STAY *All Proceedings Pending A Decision On Transfer By The Judicial Panel On Multidistrict Litigation* by Merck & Company, Inc.. Motion Hearing set for 2/12/2007 at 09:00 AM in Courtroom 3 (MCE) before Judge Morrison C. England Jr.. (Attachments: # 1 Declaration of Kevin M. Hara# 2 Exhibit A - E to Decl. of K. Hara# 3 Exhibit F - I to Decl. of K. Hara# 4 Proposed Order)(Hara, Kevin) Modified on 1/18/2007 (Marciel, M). (Entered: 01/12/2007) |

| | | |
|---|---|---|
| 01/15/2007 | 16 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00062, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/15/2007) |
| 01/17/2007 | 17 | NOTICE of RELATED CASE 2:07-cv-00034, 2:07-cv-00042, 2:07-cv-00048, 2:07-cv-00051, 2:07-cv-00057, 2:07-cv-00058, 2:07-cv-00061, 2:07-cv-00067, 2:07-cv-00068, 2:07-cv-00075, 2:07-cv-00077, 2:07-cv-00073, 2:07-cv-00079 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 01/17/2007) |
| 01/17/2007 | 18 | OPPOSITION to 15 MOTION to STAY *all proceedings pending a decision on transfer by the Judicial Panel on Multidistrict Litigation.* (Attachments: # 1 Declaration Andrea J. McNeil # 2 Exhibit A-F # 3 Exhibit G-I)(McNeil, Andrea) Modified on 1/18/2007 (Marciel, M). (Entered: 01/17/2007) |
| 01/26/2007 | 19 | MEMORANDUM in OPPOSITION to 11 MOTION to REMAND *to the Superior Court of the State of California, County of Los Angeles, JCCP 4247.* Attachments: # 1 Declaration of Kevin M. Hara # 2 Exhibits A - H to Decl. # 3 Exhibits I - L to Decl. # 4 Exhibits M - S to Decl. # 5 Declaration of Gregory S. Yonko # 6 Declaration of Leonardo DeCandia) (Hara, Kevin) Modified on 1/29/2007 (Krueger, M). (Entered: 01/26/2007) |
| 01/30/2007 | 20 | MINUTE ORDER: (TEXT ONLY ENTRY) Defendants' 15 Motion to Stay and Plaintiffs' 11 Motion to Remand are MOOT in light of the Conditional Transfer Order from Multidistrict Litigation Panel- No. 1657 and 1699, filed on 1/25/07, CTO-82 and CTO-51. The hearing on the motions set for 2/12/07 are VACATED. If it becomes necessary to have the motions heard at a later date the parties may file an amended notice of hearing resetting the motions on the court's civil calendar. Approved by Judge Morrison C. England Jr. on 1/30/07. signed by Judge Morrison C. England Jr. on 1/30/07. (Souvannarath, A) (Entered: 01/30/2007) |
| 03/05/2007 | 21 | ANSWER to COMPLAINT with Jury Demand by Amerisourcebergen Corporation. Attorney Corley, Kanika D. added.(Corley, Kanika) (Entered: 03/05/2007) |
| 04/04/2007 | 22 | NOTICE of RELATED CASE 2:07-cv-00623, 2:07-cv-00626 by Merck & Company, Inc.. *Amended* (Hara, Kevin) (Entered: 04/04/2007) |
| 06/28/2007 | 23 | ORDER, CASE TRANSFERRED to Northern District of California. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Manzer, C) (Entered: 06/28/2007) |